DANIEL S. ALTER, ESQ. (DA-7158)
ALTER & ALTER LLP
300 East 42nd Street, 10th Floor
New York, NY 10017
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

ESBIN & ALTER, LLP,

        *Plaintiff,*

-- against --

PAUL ZAPPIER and ADVANCED TRADE
SETTLEMENT, LLC,

        *Defendants.*

------------------------------------------------------------------x

**ORIGINAL**

**08 CIV. 0313**

Docket No. **JUDGE ROBINSON**

[Stamp: U.S. DISTRICT COURT, JAN 15 2008, S.D.N.Y.]

**ORDER TO SHOW CAUSE**

Upon reading and filing the annexed summons and complaint, the declarations of Daniel S. Alter, Esq., dated January 11, 2008, Ilyssa Alter, dated December 28, 2007, and Jennifer Cronin, dated December 28, 2007, the exhibits annexed thereto, and the supporting Memorandum of Law submitted herewith, and sufficient cause appearing therefore;

LET defendants Paul Zappier and Advanced Trade Settlement, LLC or their attorneys show cause before this Court, located at 300 Quarropas Street, Courtroom 621, White Plains, New York, on the 24 day of January, 2008 at 4pm, or as soon thereafter as counsel may be heard, why an Order pursuant to Rule 26(d) of the Federal Rules of Civil Procedure should not be made and entered against defendants directing defendants or their counsel to: (1) confer with plaintiff's counsel and submit, within 10 days of entry of the Court's order directing expedited discovery, a stipulation and proposed order governing the exchange of confidential information between the

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY...]

parties; (2) provide sworn answers and documents in response to plaintiff's first set of interrogatories and document requests within 20 days of this Court's entry of an order directing expedited discovery; and (3) confer with plaintiff's counsel and submit, within 30 days of entry of the Court's order directing expedited discovery, a proposed scheduling order setting forth deposition dates for relevant witnesses and a briefing schedule for plaintiff's anticipated motion for a preliminary injunction.; and it is further

ORDERED, that service of a copies of this Order, together with the papers upon which this Order is based be served personally upon defendants at their residence and principal place of business, located at 11 Kings Drive, Middletown, New York 10941, which service shall be made on or before the _18th_ day of January 2008, and said service shall be deemed sufficient.

January _15_, 2008
White Plains, NY

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE