# UNITED STATES DISTRICT COURT - SOUTHERN DISTRICT  AFFIDAVIT OF SERVICE
County of NEW YORK                                                                DOMESTIC CORPORATION

COPY

*PLAINTIFF(S) PETITIONER(S)*

**ESBIN & ALTER, LLP**

Index No. **08 CIV 0313**
Date Purchased:
Attorney: **DANIEL S. ALTER, ESQ.**
         300 EAST 42ND STREET, 10TH FLR
         NEW YORK, NY 10017-0000
         (212) 867-7777

vs.

*DEFENDANT(S) RESPONDENT(S)*

**PAUL ZAPPIER AND ADVANCED TRADE SETTLEMENT, LLC**

---

**WESTCHESTER County, New York State:** **PEDRO L. LAUREIRO** being sworn, says: Deponent is not a party herein, is over 18 years of age and resides at 175 MAIN STREET, WHITE PLAINS, NY 10601-0000. On January 17, 2008 at 11:30 am at: 11 KINGS DRIVE, MIDDLETOWN, NY 10941-0000 deponent served the within documents:

    ORDER TO SHOW CAUSE WITH EXHIBITS; SUMMONS IN A CIVIL ACTION; JURY TRIAL DEMANDED; MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S SHOW CAUSE MOTION FOR EXPEDITED DISCOVERY

On:    **ADVANCED TRADE SETTLEMENT, LLC**    (Hereinafter called) (X) **DEFENDANT**
       **11 KINGS DRIVE**
       **MIDDLETOWN, NY 10941-0000**

**DOMESTIC CORPORATION (X)**    by delivering thereat a true copy of each to **LUZ ZAPPIER** personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be **PARTNER** thereof duly authorized to accept.

**DESCRIPTION (X)**

| | | | |
|---|---|---|---|
| SEX: **F** | SKIN COLOR: **BROWN** | HEIGHT: **5' FT** |
| AGE: **35-40** | HAIR COLOR: **BROWN** | WEIGHT: **120 LBS** |
| OTHER: | | |

[Stamp: JAN 22 2008 USDC-WP-SDNY]

Sworn to before me on January 17, 2008

*[signature]*
ANNA P. SABINO
Notary Public, State of New York
No. 01SA5058346
Qualified in Westchester County
Commission Expires Sept. 25, 20__

Signature: *[signature]*
Name: **PEDRO L. LAUREIRO**
License#

*Laureiro Lawyer's Service, Inc., White Plains, NY 10602-8201 (914) 428-2065*

Order: 9069/NYORK3

# UNITED STATES DISTRICT COURT - SOUTHERN DISTRICT/AFFIDAVIT OF SERVICE
## County of NEW YORK — SUBSTITUTE SERVICE

*PLAINTIFF(S) PETITIONER(S)*

**ESBIN & ALTER, LLP**

Index No. 08 CIV 0313
Date Purchased:
Attorney: **DANIEL S. ALTER, ESQ.**
300 EAST 42ND STREET, 10TH FLC
NEW YORK, NY 10017-0000
(212) 867-7777

vs.

*DEFENDANT(S) RESPONDENT(S)*

**PAUL ZAPPIER AND ADVANCED TRADE SETTLEMENT, LLC**

---

WESTCHESTER County, New York State: **PEDRO L. LAUREIRO** being sworn, says: Deponent is not a party herein, is over 18 years of age and resides at 175 MAIN STREET, WHITE PLAINS, NY 10601-0000.
On January 17, 2008 at 11:30 am at: 11 KINGS DRIVE, MIDDLETOWN, NY 10941-0000 deponent served the within documents:

ORDER TO SHOW CAUSE WITH EXHIBITS; SUMMONS IN A CIVIL ACTION; JURY TRIAL DEMANDED; MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S SHOW CAUSE MOTION FOR EXPEDITED DISCOVERY

On: **PAUL ZAPPIER**
**11 KINGS DRIVE**
**MIDDLETOWN, NY 10941-0000**

JAN 22 2008

**SUITABLE AGE (X)** — by delivering thereat a true copy of each to **LUZ ZAPPIER** person of suitable age and discretion. Described in same as said recipient and knew said individual to be **WIFE** thereof **duly authorized to accept**. Said premises is recipient's **dwelling house (usual place of abode)** within the state.

**MAILING USE WITH (X)** — Deponent talked to **LUZ ZAPPIER** at said premises who stated that recipient lived there. Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipient's last known residence, at **11 KINGS DRIVE, MIDDLETOWN, NY 10941-0000** and deposited said envelope in an official depository under exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.

**DESCRIPTION (X)**
SEX: F           SKIN COLOR: BROWN        HEIGHT: 5' FT
AGE: 35-40       HAIR COLOR: BROWN        WEIGHT: 120 LBS
OTHER:

**MILITARY SERVICE (X)** — I asked the person spoken to whether defendant was in active military service of United States or of the State of New York in any capacity whatever and received a negatively reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observation above narrated. Upon information and belief I aver that the recipient is not in the military service of New York state or of the United States as that term is defined in either the State or in the Federal statutes.

**COMMENTS (X)** — ALSO MAILED PRIORITY MAILING WITH CERTIFICATE OF MAILING AND DELIVERY CONFIRMATION

Sworn to before me on January 18, 2008

ANNA P. SABINO
Notary Public, State of New York
No. 01SA5058346
Qualified in Westchester County
Commission Expires Sept. 25, 20__

Signature: _____
Name: **PEDRO L. LAUREIRO**
License#

Laureiro Lawyer's Service, Inc., White Plains, NY 10602-8201 (914) 428-2065

Order: 9070/NYORK4

**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From: LLS, INC
175 MAIN ST,
White Plains, N.Y. 10[...]

One piece of ordinary mail addressed to:
PAUL ZAPPIER
11 KINGS Drive
Middletown, N.Y.
10941

PS Form 3817, January 2001

U.S. POSTAGE PAID YONKERS, NY 10705 JAN 18 '08 AMOUNT $1.05
00070267-05



**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.
Article Sent To: (to be completed by mailer)
(Please Print Clearly)

DELIVERY CONFIRMATION NUMBER: 0305 2200 0001 0945 7764

10941
POSTAL CUSTOMER:
Keep this receipt. For inquiries:
Access internet web site at
www.usps.com ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☒ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

PS Form 152, May 2002       (See Reverse)