UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Esbin + Alter

-v-

Paul Zuppier
Advanced Trade Settlement
------------------------------------------------------------X

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08 Civ. 313 (SCR)(MDF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

✓ Specific Non-Dispositive Motion/Dispute:*

  Discovery disputes

  If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ For jury selection

___ Habeas Corpus

___ Social Security

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

  Purpose: _____

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

  Particular Motion: _____

  All such motions: _____

* Do not check if already referred for general pretrial.

DATED: White Plains, New York
       2/7/08

SO ORDERED.

Stephen C. Robinson
United States District Judge

i:\FORMS\ODREF2MAG

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: