UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
ESBIN & ALTER, LLP,
                 Plaintiff,

                 v.

PAUL ZAPPIER and ADVANCED TRADE
SETTLEMENT, LLC,

                 Defendants.
-------------------------------------------------------- X

Civ. Action No.
08-CV-0313 (SCR)(MDF)

**Rule 7.1 Statement**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Advanced Trade Settlement, LLC, by and through its undersigned counsel, states that there are not any parent corporations and there are not any publicly held corporations that own any stock of Advanced Trade Settlement, LLC.

Dated: New York, New York
          February 21, 2008

                                                THE BOYD LAW GROUP, PLLC

                                                By:_____
                                                   Patrick J. Boyd
                                                   Attorney for Defendants
                                                   230 Park Avenue, Suite 1000
                                                   New York, New York 10169

cc:    Daniel Alter, Esq.
        Files