UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ESBIN & ALTER, LLP,                                          :
                                                             :
                Plaintiff,                          :
                                                             :     Civ. Action No.
         v.                                              :     08-CV-0313 (SCR)(MDF)
                                                             :
PAUL ZAPPIER and ADVANCED TRADE                              :
SETTLEMENT, LLC,                                             :
                                                             :
                Defendants.                         :
                                                             :
------------------------------------------------------------ X

      I hereby certify that on March 13, 2008, I served copies of the foregoing Reply Memorandum of Law in Further Support of Defendant Zappier's Motion to Dismiss, upon counsel for Plaintiff, by forwarding a true copy of the same to the ECF Filing system, for service via electronic mail, addressed as follows:

                              Daniel S. Alter
                       Email: dalter@nyc.rr.com


Dated: March 13, 2008                         THE BOYD LAW GROUP, PLLC
       New York, New York

                                                By: /s/ Patrick J. Boyd
                                                    Patrick J. Boyd
                                          Attorneys for Defendants
                                          230 Park Avenue, Suite 1000
                                          New York, New York 10169
                                          Tel: (212) 808-3054
                                          pboyd@theboydlawgroup.com