# ALTER & ALTER

COUNSELORS AT LAW

300 EAST 42 STREET

TENTH FLOOR

NEW YORK, NEW YORK 10017

212-867-7777

STANLEY ALTER
STEPHANIE S. ALTER
IVAN S. ALTER

March 27, 2008

*By Facsimile*

Hon. Stephen C. Robinson
United States District Judge
United States Courthouse, Room 633
300 Quarropas Street
White Plains, NY 10601

**MEMO ENDORSED**

Re:   *Esbin & Alter LLP v. Zappier, et al.*, 08 Civ. 313 (SCR)

Dear Judge Robinson,

I write on behalf of Esbin & Alter LLP, plaintiff in the above-referenced matter ("Plaintiff"), to request respectfully that the Court extend the parties' deadline for identifying initial deposition witnesses from March 26, 2008, until April 4, 2008.

On February 7, 2008, during oral argument on Plaintiff's motion for expedited discovery, Your Honor directed that the parties identify witnesses for deposition by March 26, 2007. Tragically, this past weekend, members of my family were involved in a fatal car accident, which resulted in the loss of my aunt and severe injuries to my uncle. Consequently, I have been fully involved in family matters for the past several days and will continue to be throughout the week. I therefore ask the Court for additional time to review the necessary documents in order to identify the appropriate witnesses.

Counsel for defendants has graciously consented to this request.

Respectfully,

*[signature]*

Daniel S. Alter, Esq.
Counsel for Plaintiff

Cc:   Patrick J. Boyd, Esq.

DOCUMENT
ELECTRONICALLY FILED
DOC #
D.

**APPLICATION GRANTED**

*[signature]* Stephen C. Robinson  3/28/08

HON. STEPHEN C. ROBINSION